IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAL BODDIE, et al.**                                                                                       **PLAINTIFFS**

V.                                                                                           NO. 4:20-CV-177-DMB-DAS

**TOIMESHIA BURNETT, et al.**                                                                        **DEFENDANTS**

## ORDER

On September 20, 2022, Jermal Boddie and Toimeshia Burnett filed a "Joint Motion to Dismiss All Claims," representing that "[t]he claims of Sharita Giles, Jermal Giles and Tyla Rash, have been previously compromised and settled between the parties;" "[t]he remaining claim of … Boddie has now been resolved between the parties[; and t]he parties are in the process of completing the release and exchanging settlement funds." Doc. #97 at 1. Specifically, they request "an order dismissing this case with prejudice, subject to the Court retaining jurisdiction for purposes of enforcing the settlement should either party not comply with the terms of the settlement." *Id.*

In light of the settlement, the joint motion to dismiss [97] is **GRANTED**. The remaining pending motions [85][87] are **DENIED as moot**. This case is **DISMISSED with prejudice**. The Court retains jurisdiction to enforce the settlement, if necessary. A final judgment will issue separately.

**SO ORDERED**, this 21st day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**