IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAL BODDIE, et al.**                                                     **PLAINTIFFS**

**V.**                                           **NO. 4:20-CV-177-DMB-DAS**

**TOIMESHIA BURNETT, et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day based on the settlement reached, this case is **DISMISSED with prejudice**. The Court retains jurisdiction to enforce the settlement, if necessary.

**SO ORDERED**, this 21st day of September, 2022.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**